B6A (Official Form 6A) (12/07)

In re **Carol Jean McNair**                                      Case No.   **13-70074-HdH-13**
                                                                          (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 4902 Wilbarger, Vernon, Wilbarger Co., TX 76384 ABST 663 BLK 12 SEC 22 H&TC#3 FOLDER 2 | Homestead | C | $128,660.00 | $55,815.37 |
| 4830 Walbarger, Vernon, Wilbarger Co., TX 76384 ABST 663 BLK 12 SEC 22 H&TC#4 FOLDER 2 | Homestead | C | $20,580.00 | $0.00 |
| | | | **Total:** $149,240.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Carol Jean McNair**                                   Case No.   **13-70074-HdH-13**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | joint checking @ Citibank 50% community property total value $100 | C | $50.00 |
| | | joint debtor checking @ Citibank 50% community property total value $600 | W | $300.00 |
| | | joint debtor checking @ Waggoner Natl Bank 50% community property total value $48 | W | $24.00 |
| | | joint debtor checking @ Waggoner Natl Bank 50% community property total value $4.00 | W | $200.00 |
| | | joint debtor savings @ Citibank 50% community property total value $150 | W | $150.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household goods & furnishings 50% community property total value $2,800 | C | $1,400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | - | $225.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Carol Jean McNair**                                           Case No.    **13-70074-HdH-13**
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life through employer, no cash value<br><br>burial policies | H<br><br>C | $0.00<br><br>$0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | debtor 401K<br>50% community property<br>total value $88,967.77 | H | $44,483.89 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Carol Jean McNair**                                   Case No. __13-70074-HdH-13__
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | possible inheritance, exact amount unknown | C | $1,000,000.00 |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Carol Jean McNair**
Case No.   **13-70074-HdH-13**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Dodge Ram SLT 4x4<br>153,000 miles<br>50% community property<br>total value $10,350 | C | $5,175.00 |
| | | 2006 BMW 330i<br>155,000 miles<br>50% community property<br>total value $9,275 | C | $4,637.50 |
| | | 2005 Ford Mustang GT<br>70,000 miles<br>50% community property<br>total value $10,850 | C | $5,425.00 |
| | | 2004 Ford F150<br>97,000 miles<br>50% community property<br>total value $7,450 | C | $3,725.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Carol Jean McNair**                                              Case No. **13-70074-HdH-13**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 horses 50% community property total value $100 | C | $50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | water shop equipment 50% community property total value $500 | C | $250.00 |

_____4_____ continuation sheets attached                    **Total >** | **$1,066,095.39**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Carol Jean McNair**                                          Case No. **13-70074-HdH-13**
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 4902 Wilbarger, Vernon, Wilbarger Co., TX 76384 ABST 663 BLK 12 SEC 22 H&TC#3 FOLDER 2 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $72,844.63 | $128,660.00 |
| 4830 Walbarger, Vernon, Wilbarger Co., TX 76384 ABST 663 BLK 12 SEC 22 H&TC#4 FOLDER 2 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $20,580.00 | $20,580.00 |
| household goods & furnishings 50% community property total value $2,800 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $1,400.00 | $1,400.00 |
| clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $225.00 | $225.00 |
| debtor 401K 50% community property total value $88,967.77 | 11 U.S.C. § 522(n) | $44,483.89 | $44,483.89 |
| 2005 Dodge Ram SLT 4x4 153,000 miles 50% community property total value $10,350 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $5,175.00 | $5,175.00 |
| 2006 BMW 330i 155,000 miles 50% community property total value $9,275 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,637.50 | $4,637.50 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment. | | **$149,346.02** | **$205,161.39** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Carol Jean McNair**                                    Case No.    **13-70074-HdH-13**
                                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2005 Ford Mustang GT 70,000 miles 50% community property total value $10,850 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $5,425.00 | $5,425.00 |
| 2004 Ford F150 97,000 miles 50% community property total value $7,450 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $3,725.00 | $3,725.00 |
| 2 horses 50% community property total value $100 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $50.00 | $50.00 |
| | | $158,546.02 | $214,361.39 |

B6D (Official Form 6D) (12/07)

In re **Carol Jean McNair**

Case No.  **13-70074-HdH-13**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx8164**<br><br>**Citimortgage Inc**<br>**Po Box 6243**<br>**Sioux Falls, SD 57117** | | C | DATE INCURRED: **02/2004**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**4902 Wilbarger, Vernon, Wilbarger Co.,**<br>REMARKS:<br><br><br>VALUE: **$128,660.00** | | | | $52,849.00 | |
| ACCT #:<br><br>**Wilbarger County Tax Office**<br>**PO Box 1984**<br>**Vernon, TX 76385-1984** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**4902 Wilbarger, Vernon, Wilbarger Co.,**<br>REMARKS:<br><br><br>VALUE: **$128,660.00** | | | | $2,966.37 | |
| ACCT #: **xxx0001**<br><br>**Wilbarger County Tax Office**<br>**PO Box 1984**<br>**Vernon, TX 76385-1984** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**4820 Wilbarger, Vernon, Wilbarger Co.,**<br>REMARKS:<br><br><br>VALUE: **$20,580.00** | | | | $479.29 | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $56,294.66 | $0.00 |
| | | | Total (Use only on last page) > | | | | $56,294.66 | $0.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities

B6E (Official Form 6E) (04/10)

In re  **Carol Jean McNair**                                    Case No.    **13-70074-HdH-13**
                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached shee

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Carol Jean McNair**                                   Case No. **13-70074-HdH-13**
                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Monte J. White & Associates** <br> **1106 Brook Ave** <br> **Wichita Falls TX 76301** | | - | DATE INCURRED: **02/26/2013** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | **$3,176.00** | **$3,176.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets Subtotals (Totals of this page) >  **$3,176.00** | **$3,176.00** | **$0.00**

attached to Schedule of Creditors Holding Priority Claims    Total > **$3,176.00**

(Use only on last page of the completed Schedule E.

                                                              Totals >                     **$3,176.00** | **$0.00**

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re __Carol Jean McNair__                               Case No. __13-70074-HdH-13__
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **4622**<br>**Advanta Bank Corp**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,350.41** |
| ACCT #: **686**<br>**Alliance One**<br>**1160 Centre Pointe Dr Ste 1**<br>**Mendota Heights, MN 55120** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Capital One** | | | | **Notice Only** |
| ACCT #: **9680**<br>**ARM**<br>**PO Box 129**<br>**Thorofare, NJ 08086-0129** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Northstar Capital Acquisition/Capital One** | | | | **Notice Only** |
| ACCT #:<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Capital One** | | | | **Notice Only** |
| ACCT #: **9424**<br>**Associated Recovery Systems**<br>**P.O. Box 469046**<br>**Escondido, CA 92046-9046** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Capital One** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx8642**<br>**Bealls**<br>**WFNNB**<br>**PO Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED: **11/1997**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$1,528.00** |

Subtotal >  | **$4,878.41**

Total >
(Use only on last page of the completed Schedule F.)

____4____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Carol Jean McNair**

Case No. **13-70074-HdH-13**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **2181** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | **$1,409.80** |
| ACCT #: **4622** <br> **CardWorks Servicing, LLC** <br> **225 W. Station Square Dr** <br> **Pittsburgh, PA 15219** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Advanta Credit Cards** | | | | **Notice Only** |
| ACCT #: **4600** <br> **Citibank** <br> **PO Box 769013** <br> **San Antonio, TX 78245-9013** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **4832** <br> **First National Collection Bureau** <br> **610 Waltham Way** <br> **Sparks, NV 89434** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Asset Acceptance/Capital One Bank** | | | | **Notice Only** |
| ACCT #: **3047** <br> **Firstsource Advantage LLC** <br> **205 Bryant Woods South** <br> **Amherst, NY 14228** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: <br> **American Express** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx9963** <br> **GEMB/ Dillards** <br> **Attn: Bankruptcy** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | - | DATE INCURRED: **02/1984** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **$735.00** |

Sheet no. **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$2,144.80**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Carol Jean McNair**  Case No. **13-70074-HdH-13**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx1085**<br>**Gemb/walmart**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED: **02/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$230.00** |
| ACCT #:<br>**Herring Bank**<br>**1900 Pease St**<br>**Vernon, TX 76384-3138** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **6255**<br>**Hosto, Buchan, Prater & Lawrence, PLLC**<br>**PO Box 3397**<br>**Little Rock, AR 72203** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**American Express** | | | | **Notice Only** |
| ACCT #: **6910**<br>**Law Office of Mitchell N. Kay**<br>**PO Box 9006**<br>**Smithtown NY 11787-9006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Advanta Business Card** | | | | **Notice Only** |
| ACCT #: **3473**<br>**Michael J Scott**<br>**1925 E Belt Line Rd, Suite 550**<br>**Carrollton, TX 75006-5801** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**North Star Capital Acquisition, LLC**<br>**Capital One** | | | | **Notice Only** |
| ACCT #: **0001**<br>**Michael J. Adams, PC**<br>**300 E Sonterra Blvd, Bldg 1 Suite 1200**<br>**San Antonio, TX 78258** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Troy Capital**<br>**Chase Bank** | | | | **Notice Only** |

Sheet no. **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$230.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carol Jean McNair**                                    Case No.   **13-70074-HdH-13**
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8200**<br>**Nationwide Credit  Inc**<br>**3600 East University Dr, Ste C-1550**<br>**Phoenix, AZ 85034-7273** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Wells Fargo** | | | | **Notice Only** |
| ACCT #:  **9460**<br>**NCC**<br>**245 Main St**<br>**Dickson City, PA 18519** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Capital One Bank** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx4400**<br>**Newport News**<br>**PO box 182125**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **09/2010**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$377.00** |
| ACCT #:  **8876**<br>**Northland Group Inc**<br>**P.O. Box 390846**<br>**Edina, MN 55439** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Asset Acceptance/Capital One Bank** | | | | **Notice Only** |
| ACCT #:<br>**Raush, Sturm, Israel, Enerson & Hornik,L**<br>**PO Box 3018**<br>**Abilene, TX 79604-3018** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Crown Asset Management** | | | | **Notice Only** |
| ACCT #:  **4957**<br>**Recovery Concepts, Inc.**<br>**1925 E. Beltline Road, Suite 510**<br>**Carrollton TX  75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**AT&T** | | | | **Notice Only** |

Sheet no.   **3**          of **4**          continuation sheets attached to                    Subtotal >          **$377.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                    (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carol Jean McNair**                                  Case No.   **13-70074-HdH-13**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **3680** <br> **Redline Recovery Svcs, LLC** <br> **11675 Rainwater Dr Ste 350** <br> **Alpharetta, GA 30009** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **North Star Capital/Capital One** | | | | **Notice Only** |
| ACCT #: **xx6442** <br> **Sage Capital Recovery** <br> **1040 Kings Hwy N** <br> **Cherry Hill, NJ 08034** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Advanta Bank** | | | | **Notice Only** |
| ACCT #: **4919** <br> **Stephens & Michaels Associates, Inc** <br> **PO Box 109** <br> **Salem, NH 03079** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Capital One** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx6673** <br> **Tnb-Visa  (TV) / Target** <br> **C/O Financial & Retail Services** <br> **Mailstop BV   P.O.Box 9475** <br> **Minneapolis, MN 55440** | | - | DATE INCURRED:  **07/2002** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$2,537.00** |
| ACCT #: **3486** <br> **Wells Fargo** <br> **P O Box 30086** <br> **Los Angeles, CA 90030-0086** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit** <br> REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxxxxxxxxx3461** <br> **Wfnnb/Buckle** <br> **Attn: Bankruptcy** <br> **P.O. Box 182685** <br> **Columbus, OH 43218** | | - | DATE INCURRED:  **04/2008** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **$663.00** |

Sheet no.  **4**  of 4  continuation sheets attached to            Subtotal >  | **$3,200.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >  | **$10,830.21**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Carol Jean McNair**                    Case No.    **13-70074-HdH-13**
                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re **Carol Jean McNair**

Case No. __**13-70074-HdH-13**__
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **McNair, Mark Anthony**<br>4902 Wilbarger<br>Vernon, TX 76384 | **Citimortgage Inc**<br>Po Box 6243<br>Sioux Falls, SD 57117 |
| **McNair, Mark Anthony**<br>4902 Wilbarger<br>Vernon, TX 76384 | **Wilbarger County Tax Office**<br>PO Box 1984<br>Vernon, TX 76385-1984 |

B6I (Official Form 6I) (12/07)

In re  **Carol Jean McNair**                                                           Case No.  **13-70074-HdH-13**
                                                                                                         (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Daughter | Age(s): 20<br>18 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | church Secredtary | operation specialist |
| Name of Employer | First Baptist Church | American Electric Power |
| How Long Employed | 2 years | 30 years |
| Address of Employer | 2003 Fannin St<br>Vernon, TX 76384 | 1 Riverside Plaza<br>Columbus, OH 43215-2372 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $1,776.66 | $8,599.58 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$1,776.66** | **$8,599.58** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $108.00 | $1,019.40 |
|     b. Social Security Tax | $110.16 | $334.31 |
|     c. Medicare | $25.76 | $118.67 |
|     d. Insurance | $0.00 | $399.14 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement _____ / RSP | $0.00 | $341.99 |
|     g. Other (Specify) _____ / ADD | $0.00 | $34.96 |
|     h. Other (Specify) _____ / life ins | $0.00 | $316.21 |
|     i. Other (Specify) _____ / pre-paid legal | $0.00 | $15.24 |
|     j. Other (Specify) _____ / RSP loans (2) | $0.00 | $1,066.41 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$243.92** | **$3,646.33** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$1,532.74** | **$4,953.25** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or<br>    that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify):<br>_____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a._____ | $0.00 | $0.00 |
|     b._____ | $0.00 | $0.00 |
|     c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,532.74** | **$4,953.25** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$6,485.99** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

IN RE: **Carol Jean McNair**

Case No. **13-70074-HdH-13**

(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any

payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $949.00 |
|    a. Are real estate taxes included? ☑Yes ☐No | |
|    b. Is property insurance included? ☑Yes ☐No | |
| 2. Utilities:  a. Electricity and heating fuel | $403.00 |
|             b. Water and sewer | $100.99 |
|             c. Telephone | $189.00 |
|             d. Other: internet/cable | $146.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $750.00 |
| 5. Clothing | $244.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | $320.00 |
| 8. Transportation (not including car payments) | $744.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | $600.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | |
|         c. Health | |
|         d. Auto | $260.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $40.00 |
| Specify: property taxes | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other: | |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home:   2 dependents in college | $800.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $575.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$6,220.99** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $6,485.99 |
| b. Average monthly expenses from Line 18 above | $6,220.99 |
| c. Monthly net income (a. minus b.) | $265.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:   **Carol Jean McNair**

CASE NO   **13-70074-HdH-13**

CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Spouse's bankruptcy payment | **$360.00** |
| Auto Maintenance | **$125.00** |
| lawn care | **$90.00** |
| **Total >** | **$575.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

In re   **Carol Jean McNair**

Case No.   **13-70074-HdH-13**

Chapter   **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $149,240.00 | | |
| B - Personal Property | Yes | 5 | $1,066,095.39 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $56,294.66 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $3,176.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $10,830.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,485.99 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $6,220.99 |
| TOTAL | | 21 | $1,215,335.39 | $70,300.87 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

In re **Carol Jean McNair**

Case No. **13-70074-HdH-13**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $6,485.99 |
| Average Expenses (from Schedule J, Line 18) | $6,220.99 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $10,878.24 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $3,176.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $10,830.21 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $10,830.21 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Carol Jean McNair**
Case No. **13-70074-HdH-13**
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **3/5/2013**                     Signature **/s/ Carol Jean McNair**
                                                        *Carol Jean McNair*

Date _____          Signature _____

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  Carol Jean McNair

CASE NO.  **13-70074-HdH-13**

CHAPTER  **13**

### Attorney's Affidavit

---

" I hereby certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, that:

  It is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;
  The claims, defenses, and other legal contentions therein are warranted by existing law or by a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;
  The allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and
  The denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information of belief.
  All of the above statements made in this Affidavit are true and correct to the best of my knowledge and belief."

        /s/Monte J. White
        Monte J. White & Associates