

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 12, 2013**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

CAROL JEAN MCNAIR

CASE NO: 13-70074-HDH-13

HEARING DATE:  12/18/2013
HEARING TIME:   10:00 AM

### ORDER APPROVING  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC).  It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

The $620.73 arrears portion of CitiMortgage's $51,673.86 mortgage claim, shall be valued for $128,660.00 and paid 5.25% over the remainder of 60 months with monthly payments of $14.53. Beginning 3/30/3013 debtor shall make 10 payments of $265.00.  Beginning 1/30/2014 debtor shall make 50 payments of $475.00; for a total plan contribution of $26,400.00.  Plan pays 100% to general unsecured creditors.  All creditors holding allowed unsecured claims shall be paid 5% interest only if debtor receives the possible inheritance listed on Schedule B prior to discharge.

# # # End of Order # # #

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee